Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
MARIA CONCEICAO SILVA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MARIA CONCEICAO SILVA,<br><br>    Plaintiff,<br><br>v.<br><br>PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation,<br><br>    Defendants. | Case No. CV10-01045-LHK-PSG<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, MARIA CONCEICAO SILVA, and Defendant, PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, MARIA CONCEICAO SILVA, against Defendant, PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

- 2 -

| | | |
|---|---|---|
| 1 | Dated:  January 25, 2011 | /s/ Fred W. Schwinn |
| 2 | | Fred W. Schwinn, Esq. |
| | | Attorney for Plaintiff |
| 3 | | MARIA CONCEICAO SILVA |
| 4 | | |
| 5 | Dated:  January 25, 2011 | /s/ Candice L. Fields |
| | | Candice L. Fields, Esq. |
| 6 | | Attorney for Defendant |
| 7 | | PATENAUDE & FELIX, A PROFESSIONAL CORPORATION |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated:  January 25, 2011

*Lucy H. Koh*

The Honorable Lucy H. Koh
Judge of the District Court